FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

NOV 1 2 2009

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE:  SEARCH WARRANT FOR            )         8:09MJ193
        1999 CHEVY SUBURBAN,          )
        VEHICLE IDENTIFICATION NUMBER: )
        3GNEC16R3XG215426             )

MOTION TO UNSEAL SEARCH WARRANT
APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and

the undersigned Assistant United States Attorney, and requests this Court to issue an Order to

unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search

Warrant, and the Property Receipt.

Dated this _10th_ day of November, 2009

                                UNITED STATES OF AMERICA

                                DEBORAH R. GILG
                                United States Attorney

                                By: _____
                                JOHN E. HIGGINS #19546
                                Assistant U.S. Attorney
                                1620 Dodge Street, Suite 1400
                                Omaha, Nebraska 68102
                                (402) 661-3700

                                ORDER

IT IS SO ORDERED.
                                BY THE COURT:

                                _____
                                F. A. GOSSETT, III
DATED: __11/12/09__             Magistrate Judge, United States District Court